ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JUL 23 P 2: 32

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERESA A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-051 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed (doc. no. 18).

After thorough consideration of the grounds of error alleged in Plaintiff's brief (doc. no. 11),

the Magistrate Judge recommended that the Acting Commissioner's final decision be

affirmed because it was based on substantial evidence. (See generally doc. no. 16.) In her

objections, Plaintiff protests the Magistrate Judge's findings in a notably conclusory manner

and otherwise simply restates the claims that the Magistrate Judge has already addressed at

length. (See generally doc. no. 16.) Importantly, Plaintiff does not offer any new

information or evidence that warrants a deviation from the Magistrate Judge's

recommendation. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Report

and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Therefore, the Acting Commissioner's final decision is **AFFIRMED**, this civil action is

**CLOSED**, and a final judgment shall be **ENTERED** in favor of the Acting Commissioner.

SO ORDERED this 23rd day of July, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE